[No. 16255-5-II.     Division Two.     March 7, 1995.]

NEIL H. RICHARDSON, ET AL, *Appellants*, v. SOUND WATER
COMPANY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-2-07255-3, Frederick B. Hayes, J., entered
July 2, 1992. *Reversed* by unpublished opinion per Alexander, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 13626-4-III.     Division Three.     March 7, 1995.]

JOHN A. SCHNEIDER, *Appellant*, v. FRED MACKS,
*Respondent*.

Appeal from a judgment of the Superior Court for Kittitas
County, No. 92-2-00209-7, Michael E. Cooper, J., entered
October 1, 1993. *Reversed* and *remanded* by unpublished
opinion per Munson, J., concurred in by Thompson, C.J., and
Schultheis, J.

[No. 13460-1-III.     Division Three.     March 7, 1995.]

BURLINGTON INSURANCE COMPANY, *Respondent*, v.
ALDORA M. BATTERMAN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Douglas
County, No. 93-2-00034-8, Ted Walter Small, Jr., J., entered
August 10, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.

[No. 13654-0-III.     Division Three.     March 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. S.A.,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 93-1-00375-2, Robert N. Hackett, Jr., J., entered
November 5, 1993. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Thompson, C.J., and Schultheis,
J.